IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STEVENY GARNER**                                                                     **PLAINTIFF**

**v.**                 **CASE NO. 3:24-cv-00193-BSM**

**UNUM LIFE INSURANCE**
**COMPANY OF AMERICA,** *et al.*                                     **DEFENDANT**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of February, 2025.

                                                                                       UNITED STATES DISTRICT JUDGE